

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00552-CV

MARIBEL AMBRIZ MARTINEZ, GUADALUPE MOTA,
AND ROSA NELLY TREVINO, Appellants

V.

ALFREDO GONZALEZ, Appellee

Appeal from the 365th District Court of Maverick County
(Tr. Ct. No. 12-11-27997-MCVAJA)

After due consideration, the Court **grants** the unopposed motion to dismiss this appeal filed by the appellants. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that appellants pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered October 27, 2015.

Judgment rendered by panel consisting of Justices Keyes, Massengale, and Lloyd.